IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KAREN R. RUSS and** )( | |
| **SETH B. RUSS,** )( | |
| )( | |
| Plaintiffs, )( | **CIVIL ACTION** |
| )( | **FILE NUMBER: 7:10-CV-31** |
| v. )( | |
| )( | |
| **TIFT COUNTY HOSPITAL** )( | |
| **AUTHORITY d/b/a TIFT** )( | |
| **REGIONAL MEDICAL CENTER,** )( | |
| **CYNTHIA HALE, RN, FRANK** )( | |
| **CASCIO and ALISON** )( | |
| **JENNINGS, RN,** )( | |
| )( | |
| Defendants. )( | |

## JOINT STIPULATION OF
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby voluntarily dismiss without prejudice their claims against all Defendants in the above-styled action.

Respectfully submitted, this 14th day of October, 2010.

MANIKLAL & DENNIS, LLP

/s Preyesh K. Maniklal
PREYESH K. MANIKLAL
Georgia Bar No. 468887
*Counsel for the Plaintiffs*



3250 Peachtree Industrial Boulevard
Suite 101
Duluth, Georgia 30096
(404) 875-0630

          REINHARDT, WHITLEY, SUMMERLIN
          & PITTMAN, PC


          /s/ Ross H. Pittman, III
          ROSS H. PITTMAN, III
          State Bar Number:
          *Counsel for the Defendants*

P.O. Drawer 1287
Tifton, Georgia 31793



2

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing upon all counsel of record by using the CM/ECF system and served the same upon the following CM/ECF participant:

Ross H. Pittman, III
Reinhardt, Whitley, Summerlin & Pittman, PC
P.O. Drawer 1287
Tifton, Georgia  31793

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document. The original document shall be retained by me for two years following disposition of this matter.

This 14th day of October, 2010.

                                                  Respectfully submitted,

                                                  /s Preyesh K. Maniklal
                                                  PREYESH K. MANIKLAL
                                                  Georgia State Bar Number: 468887
                                                  MANIKLAL & DENNIS, LLP
                                                  3250 Peachtree Industrial Boulevard
                                                  Suite 101
                                                  Duluth, Georgia  30096
                                                  (404) 875-0630 Phone
                                                  (678) 990-5887 Fax
                                                  preyeshmaniklal@gcmdlaw.com

